**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JUAN ANTONIO MATUTE BUEZO, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | |
| CHRISTOPHER BULLOCK,[1] New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) ) ) ) ) | No. 2:26-cv-02478-SHL-atc |
| Respondent. | ) ) | |

**ORDER REQUIRING RESPONSE AND STAYING TRANSFER**

On April 27, 2026, pro se Petitioner Juan Antonio Matute Buezo filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 2.)  Matute Buezo, a 33-year old citizen of Honduras, states that he has been held in ICE detention since November 18, 2025, "without ever being afforded an individualized bond hearing before a neutral decisionmaker." (Id. at PageID 2–3.)  He fled Honduras in 2013 after "he and his family became targets of the Mara Salvatrucha (MS-13) transnational criminal gang."  (Id. at PageID 6.)  According to Matute Buezo, "MS-13 members repeatedly intercepted [him], demanded extortion payments . . . and threatened him and his family with violence for non-compliance."  (Id.)

Five months into his detention at the West Tennessee Detention Facility, on April 16,

---

[1] Christopher Bullock is the only appropriate Respondent for a habeas petition brought by an alien in this district.  See Rosciszewski v. Adducci, 983 F. Supp. 2d 910, 914 (E.D. Mich. 2013) ("[T]he ICE District Director is the proper respondent in a habeas petition brought by an alien, since the District Director has power over such aliens.").  Accordingly, the Court dismisses from the case Todd Blanche, Acting Attorney General of the United States; Markwayne Mullin, Secretary of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement; and the Facility Administrator of the West Tennessee Detention Facility.

2026, an Immigration Judge granted Matute Buezo voluntary departure under 8 U.S.C. § 1229c. (Id. at PageID 9.)  Matute Buezo argues that his "acceptance of voluntary departure was not a voluntary choice between meaningful alternatives" but appeared instead as "the only route out of an open-ended detention."  (Id.)

The Petition seeks an individualized bond hearing before an immigration judge or Matute Buezo's immediate release.  (Id. at PageID 14.)  Matute Buezo states that he served the Petition on Respondent on April 23.  (Id. at PageID 21.)  Respondent's counsel, Assistant U.S. Attorney Stuart Canale, has filed a notice of appearance.  (ECF No. 8.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)    Respondent shall respond to the Petition in writing within **five days** of this Order.

(2)    Matute Buezo may file a reply after Respondent's responsive filing.

(3)    Respondent shall not transfer Matute Buezo out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 30th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2